DOUGLAS E. LUMISH (Bar No. 183863)
doug.lumish@lw.com
GABRIEL S. GROSS (Bar No. 254672)
gabe.gross@lw.com
PATRICIA YOUNG (Bar No. 291265)
patricia.young@lw.com
PEI-HSIEN REN (Bar No. 294252)
pei-hsien.ren@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Attorneys for Plaintiff CODEXIS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CODEXIS, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>ENZYMEWORKS, INC., a California corporation, ENZYMEWORKS, INC., a Chinese corporation a/k/a SUZHOU HANMEI BIOTECHNOLOGY CO. LTD d/b/a ENZYMEWORKS, INC. (CHINA), and JUNHUA TAO, an individual,<br><br>    Defendants. | CASE NO. 3:16-cv-00826-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE THE HEARING ON DEFENDANTS' PARTIAL MOTION TO DISMISS TO JUNE 29, 2016** |

1  Pursuant to United States District Court, Northern District of California Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Codexis, Inc. ("Codexis"), and Defendants EnzymeWorks, Inc. (U.S.), EnzymeWorks, Inc. (China), and Junhua Tao (collectively, "Defendants"), file this Stipulation to Continue the Hearing On Defendants' Partial Motion to Dismiss ("Motion") to June 29, 2016.

WHEREAS, on April 29, 2016, Codexis filed a First Amended Complaint against Defendants;

WHEREAS, on May 13, 2016, Defendants filed its Motion (D.I. 34) with a hearing date noticed for June 22, 2016;

WHEREAS, due to a scheduling conflict on the part of Counsel for Codexis, the parties agree to reschedule the hearing date to Wednesday, June 29, 2016 at 2:00 p.m., pending the Court's approval.

NOW, THEREFORE, the parties stipulate and agree that the hearing on the Motion originally scheduled for June 22, 2016, shall be continued to June 29, 2016 at 2:00 p.m.

Dated: May 25, 2016

Respectfully submitted,

LATHAM & WATKINS LLP

By  */s/ Gabriel S. Gross*
Gabriel S. Gross

Attorneys for Plaintiff CODEXIS, INC.

Dated: May 25, 2016

Respectfully submitted,

SIDLEY AUSTIN LLP

By  */s/ Ezekiel L. Rauscher*
Ezekiel L. Rauscher

Attorneys for Defendants ENZYMEWORKS, INC. (U.S.), ENZYMEWORKS, INC. (China), and JUNHUA TAO

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 26, 2016

_____
THE HONORABLE WILLIAM H. ORRICK
United States District Court Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of his signature.

Dated: May 25, 2016

By  /s/ *Gabriel S. Gross*
    Gabriel S. Gross