UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODEXIS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ENZYMEWORKS, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-00826-WHO<br><br>**ORDER ON DISCOVERY DISPUTES**<br><br>Re: Dkt. Nos. 52, 54 |

Defendants' request for an order compelling plaintiff to "respond fully" to defendants' interrogatories one through four, Dkt. No. 52, is DENIED as unjustified and premature. *See Amgen Inc. v. Sandoz Inc.*, No. 14-cv-04741-RS (MEJ), 2016 WL 1039029, at *3-4 (N.D. Cal. Mar. 15, 2016); *United States v. Bazaarvoice, Inc.*, No. 13-cv-00133-EMC (LB), 2013 WL 1739472, at *3 (N.D. Cal. Apr. 22, 2013).

Defendants' request for an order striking (1) all of plaintiff's amended Identification of Trade Secrets, and (2) paragraphs 3 and 5 of plaintiff's original Identification of Trade Secrets, Dkt. No. 54, is also DENIED. Any future amendment of plaintiff's Identification of Trade Secrets will require a showing of good cause. *See Perlan Therapeutics, Inc. v. Superior Court*, 178 Cal. App. 4th 1333, 1350-51 (2009); *Loop AI Labs Inc v. Gatti*, No. 15-cv-00798-HSG (DMR), 2015 WL 9269758, at *4 (N.D. Cal. Dec. 21, 2015).

In the future, **lead trial counsel** shall certify that they met and conferred concerning any discovery dispute that is brought to me. They shall describe their personal efforts to resolve the dispute and specify the length of their discussions. I hope that this procedure insures that the only

disputes requiring court intervention from this point forward are ones that trial counsel believe are pivotal to the case.

**IT IS SO ORDERED**.

Dated: August 11, 2016



WILLIAM H. ORRICK
United States District Judge