M. Patricia Thayer (Bar No. 90818)
pthayer@sidley.com
Ezekiel L. Rauscher (Bar No. 269141)
erauscher@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Samuel N. Tiu (Bar No. 216291)
stiu@sidley.com
Li Shen (Bar No. 307896)
lshen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

Attorneys for *Defendants*
ENZYMEWORKS, INC., SUZHOU
HANMEI BIOTECHNOLOGY CO. LTD
d/b/a ENZYMEWORKS, INC. (CHINA),
and JUNHUA TAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODEXIS, INC.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ENZYMEWORKS, INC., a California corporation, ENZYMEWORKS, INC., a Chinese corporation a/k/a SUZHOU HANMEI BIOTECHNOLOGY CO. LTD d/b/a ENZYMEWORKS, INC. (CHINA), and JUNHUA TAO, an individual,<br><br>　　　　　　Defendants. | Case No. 3:16-cv-00826-WHO<br><br>**UNOPPOSED MOTION TO WITHDRAW M. PATRICIA THAYER AS COUNSEL FOR DEFENDANTS** |

1  Pursuant to Local Rule 11-5(a) of the Local Rules of the Northern District of California,
2  Defendants EnzymeWorks, Inc., Suzhou Hanmei Biotechnology Co. Ltd., dba EnzymeWorks, Inc.
3  (China) ("EnzymeWorks China"), and Junhua Tao (collectively "EnzymeWorks") respectfully
4  request that M. Patricia Thayer be withdrawn as counsel of record for EnzymeWorks in this matter.
5  Pursuant to Local Rule 11-5(a), all parties in this matter have been notified.  Counsel for Plaintiff
6  has indicated that they do not oppose this motion. After January 1, 2017, the undersigned will no
7  longer be a partner at, nor associated with, the Sidley Austin LLP law firm, and will no longer
8  participate in this litigation.  Samuel N. Tiu, Ezekiel L. Rauscher, and Li Shen of the law firm of
9  Sidley Austin LLP continue to represent the Defendants in this litigation.

Dated:  December 28, 2016                        Respectfully Submitted,

                                       By:   */s/* M. Patricia Thayer
                                             M. Patricia Thayer (Bar No. 90818)
                                             pthayer@sidley.com
                                             SIDLEY AUSTIN LLP
                                             555 California Street, Suite 2000
                                             San Francisco, California  94104
                                             Telephone:  (415) 772-1200
                                             Facsimile:  (415) 772-7400

                                             *Attorneys for Defendants*
                                             *ENZYMEWORKS, INC., SUZHOU HANMEI*
                                             *BIOTECHNOLOGY CO. LTD, dba ENZYMEWORKS,*
                                             *INC. (CHINA), and JUNHUA TAO*