DOUGLAS E. LUMISH (Bar No. 183863)
doug.lumish@lw.com
GABRIEL S. GROSS (Bar No. 254672)
gabe.gross@lw.com
PATRICIA YOUNG (Bar No. 291265)
patricia.young@lw.com
JIE WANG (Bar No. 306395)
jie.wang@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Attorneys for Plaintiff CODEXIS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CODEXIS, INC.

Plaintiff,

v.

ENZYMEWORKS, INC., a California corporation, ENZYMEWORKS, INC., a Chinese corporation a/k/a SUZHOU HANMEI BIOTECHNOLOGY CO. LTD d/b/a ENZYMEWORKS, INC. (CHINA), and JUNHUA TAO, an individual,

Defendants.

CASE NO. 3:16-cv-00826-WHO

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

Pursuant to Civil Local Rule 6-1(b) and 6-2, Plaintiff Codexis, Inc. ("Codexis"), and Defendants EnzymeWorks, Inc. (U.S.), EnzymeWorks, Inc. (China), and Junhua Tao (collectively, "Defendants"), by and through their counsel, file this Stipulation and [Proposed] Order to Extend Discovery Deadlines.

WHEREAS, on April 29, 2016, Codexis filed a First Amended Complaint against Defendants;

WHEREAS, on May 10, 2016, the parties submitted a Joint Case Management Statement with a proposed schedule of events;

WHEREAS, on May 17, 2016, the parties participated in a Case Management Conference with the Court;

WHEREAS, on May 20, 2016, the Court issued a Civil Pretrial Order setting July 27, 2017, as the fact discovery cutoff date;

NOW, THEREFORE, the parties stipulate to and request a Court order to extend the fact discovery cutoff date to August 30, 2017 and the expert discovery dates as follows: exchange of opening expert reports to October 11, 2017, exchange of rebuttal expert reports to November 10, 2017, and expert discovery cutoff date to December 22, 2017.

Dated: June 22, 2017

Respectfully submitted,

LATHAM & WATKINS LLP

By *<u>/s/ Gabriel S. Gross</u>*
Gabriel S. Gross
Attorneys for Plaintiff CODEXIS, INC.

Dated: June 22, 2017

Respectfully submitted,

LILAW INC.

By *<u>/s/ J. James Li</u>*
J. James Li
Attorneys for Defendants ENZYMEWORKS, INC. (U.S.), ENZYMEWORKS, INC. (China), and JUNHUA TAO

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 26, 2017

THE HONORABLE WILLIAM H. ORRICK
United States District Court Judge

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of his signature.

Dated: June 22, 2017

By *\/s/ Gabriel S. Gross*
Gabriel S. Gross