1  **LiLaw Inc., a Law Corporation**
2  J. James Li, Ph.D. (SBN 202855)
   Tony Abdollahi (SBN 157235)
3  5050 El Camino Real, Suite 200
   Los Altos, California 94022
4  Telephone: (650) 521-5956
   Facsimile: (650) 521-5955
5  Email: lij@lilaw.us

6  Attorneys for Defendants
   ENZYMEWORKS, INC., SUZHOU
7  HANMEI BIOTECHNOLOGY CO. LTD
   d/b/a ENZYMEWORKS, INC. (CHINA),
8  and JUNHUA TAO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODEXIS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>ENZYMEWORKS, INC., a California corporation, ENZYMEWORKS, INC., a Chinese corporation a/k/a SUZHOU HANMEI BIOTECHNOLOGY CO. LTD d/b/a ENZYMEWORKS, INC. (CHINA), and JUNHUA TAO, an individual,<br><br>    Defendants. | Case No. 3:16-cv-00826-WHO<br><br>**JOINT STIPULATION TO CHANGE THE HEARING DATE FOR CODEXIS' MOTION FOR LEAVE TO AMEND ITS COMPLAINT;**<br><br>**ORDER** |



| | |
|---|---|
| 1 | Plaintiff Codexis, Inc. ("Codexis") and Defendants Enzyme Works, Inc., EnzymeWorks, Inc. |
| 2 | (China) and Junhua Tao (collectively "Defendants") hereby agree and stipulate: |

Plaintiff Codexis, Inc. ("Codexis") and Defendants Enzyme Works, Inc., EnzymeWorks, Inc. (China) and Junhua Tao (collectively "Defendants") hereby agree and stipulate:

**WHEREAS** Codexis filed a motion for leave to amend its complaint (the "Motion-at-Issue") on August 11, 2017, notifying the hearing for the Motion-at-Issue on September 20, 2017;

**WHEREAS**, the Defendants' counsel is counsel for the plaintiff in the case TS Patents LLC v Yahoo!, Inc., Case No. 5:17-cv-01721-LHK before Judge Lucy Koh (the "Yahoo Case");

**WHEREAS**, the day before Codexis filed the Motion-at-Issue, on August 10, 2017, Judge Koh reset the date for the Initial Case Management Conference in the Yahoo Case to September 20, 2017 at 2:00 pm;

**WHEREAS,** Defendants' lead counsel J. James Li thus has a direct time conflict that requires the reset of the hearing date for the Motion-at-Issue;

**WHEREAS**, Defendants' counsel will be otherwise occupied in the morning of September 19, 2017 and during the whole day of September 21, 2017;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and among all parties that the Court shall move the hearing date for the Motion-at-Issue to one of the following dates depending on the Court's availability: (1) September 22, 2017 either morning or afternoon; or (2) September 27, 2017 at 2:00 pm.

It is further stipulated that the change of the hearing date will not in any way prejudice the Motion-at-Issue, and Defendants shall not argue that any resulting delay should be held or used against Codexis in any way.

IT IS SO STIPULATED.

[The remaining space of the page is intentionally left blank.]



Respectfully submitted,

Dated: August 17, 2017 **LiLaw Inc.**

By: /s/
J. James Li, Ph.D. (Sbn 202855)
Tony Abdollahi (SBN 157235)

Attorneys for Defendants
*ENZYMEWORKS, INC., SUZHOU HANMEI BIOTECHNOLOGY CO. LTD, dba ENZYMEWORKS, INC. (CHINA), and JUNHUA TAO*

Dated: August 17, 2017 **LATHAM & WATKINS LLP**

By: /s/
Douglas E. Lumish
Gabriel S. Gross
Patricia Young

Attorneys for Plaintiff *CODEXIS, INC*.

I hereby certify that Codexis' counsel above has agreed to affix his electronic signature to the document.  /S/  J. James Li.

## **ORDER ON JOINT STIPULATION**

Pursuant to stipulation, good cause appearing, it is so ordered.

The hearing for Codexis' Motion for Leave to File Its Amended Complaint is hereby reset to September 27, 2017 at 2:00 p.m.

IT IS SO ORDERED.

DATED: August 17, 2017

_____
Hon. William H. Orrick
United States District Court Judge

US-DOCS\92661530.1

