1  DOUGLAS E. LUMISH (Bar No. 183863)
   doug.lumish@lw.com
2  GABRIEL S. GROSS (Bar No. 254672)
   gabe.gross@lw.com
3  PATRICIA YOUNG (Bar No. 291265)
   patricia.young@lw.com
4  LINFONG TZENG (Bar No. 281798)
   linfong.tzeng@lw.com
5  JIE WANG (Bar No. 306395)
   jie.wang@lw.com
6  LATHAM & WATKINS LLP
   140 Scott Drive
7  Menlo Park, California 94025
   Telephone: +1.650.328.4600
8  Facsimile: +1.650.463.2600

9  Attorneys for Plaintiff CODEXIS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CODEXIS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ENZYMEWORKS, INC., a California corporation, ENZYMEWORKS, INC., a Chinese corporation a/k/a SUZHOU HANMEI BIOTECHNOLOGY CO. LTD d/b/a ENZYMEWORKS, INC. (CHINA), and JUNHUA TAO, an individual,<br><br>Defendants. | CASE NO. 3:16-cv-00826-WHO<br><br>**STIPULATION AND ORDER TO CHANGE THE HEARING DATE FOR DEFENDANTS' MOTION TO STRIKE STREM DEPOSITION AND REQUEST FOR MONETARY SANCTIONS** |

Plaintiff Codexis, Inc. ("Codexis"), and Defendants EnzymeWorks, Inc. (U.S.), EnzymeWorks, Inc. (China), and Junhua Tao (collectively, "Defendants"), by and through their counsel, hereby agree and stipulate:

WHEREAS, Defendants filed its Motion to Strike Strem Deposition and Request for Monetary Sanctions ("Motion") on September 8, 2017, and noticed the hearing for the Motion for October 18, 2017;

WHEREAS, Codexis's lead counsel has an unavoidable conflict that will cause him to be unavailable on October 18, which necessitates this stipulated request to change the hearing date;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE to, and request a Court order allowing, moving the Motion hearing date to October 25, 2017 at 2:00 p.m.

Dated: September 22, 2017   Respectfully submitted,

LATHAM & WATKINS LLP

By  */s/ Douglas E. Lumish*
   Douglas E. Lumish
   Attorneys for Plaintiff CODEXIS, INC.

Dated: September 22, 2017   Respectfully submitted,

LILAW INC.

By  */s/ J. James Li*
   J. James Li
   Attorneys for Defendants ENZYMEWORKS, INC. (U.S.), ENZYMEWORKS, INC. (China), and JUNHUA TAO

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of his signature.

Dated: September 22, 2017   By   */s/ Douglas E. Lumish*
                                Douglas E. Lumish

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing for Defendants' Motion to Strike Strem Deposition and Request for Monetary Sanctions is hereby reset to October 25, 2017 at 2:00 p.m.

Dated: September 22, 2017

_____
THE HONORABLE WILLIAM H. ORRICK
United States District Court Judge

US-DOCS\93918421.1