1  DOUGLAS E. LUMISH (Bar No. 183863)
   doug.lumish@lw.com
2  GABRIEL S. GROSS (Bar No. 254672)
   gabe.gross@lw.com
3  PATRICIA YOUNG (Bar No. 291265)
   patricia.young@lw.com
4  LINFONG TZENG (Bar No. 281798)
   linfong.tzeng@lw.com
5  JIE WANG (Bar No. 306395)
   jie.wang@lw.com
6  LATHAM & WATKINS LLP
   140 Scott Drive
7  Menlo Park, California 94025
   Telephone: +1.650.328.4600
8  Facsimile: +1.650.463.2600

9  Attorneys for Plaintiff CODEXIS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CODEXIS, INC.<br><br>  Plaintiff,<br><br>  v.<br><br>ENZYMEWORKS, INC., a California corporation, ENZYMEWORKS, INC., a Chinese corporation a/k/a SUZHOU HANMEI BIOTECHNOLOGY CO. LTD d/b/a ENZYMEWORKS, INC. (CHINA), JUNHUA TAO, an individual, and ANDREW TAO, an individual<br><br>  Defendants. | CASE NO. 3:16-cv-00826-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE THE HEARING DATE FOR CODEXIS'S OMNIBUS MOTION TO COMPEL DISCOVERY PURSUANT TO RULE 37 AND DISCOVERY ORDERS (D.N. 166)** |

|   |   |
|---|---|
| 1 | Plaintiff Codexis, Inc. ("Codexis"), and Defendants EnzymeWorks, Inc. (U.S.), En- |
| 2 | zymeWorks, Inc. (China), Junhua Tao, and Andrew Tao (collectively, "Defendants"), by and |
| 3 | through their counsel, hereby agree and stipulate: |
| 4 | WHEREAS, the Court ordered the parties to file omnibus motions to compel discovery |
| 5 | by December 13, 2017 and scheduled a hearing for January 17, 2018 at 2:00 p.m. (*See* D.N. 159, |
| 6 | 160.) |
| 7 | WHEREAS Codexis filed its Omnibus Motion to Compel Discovery Pursuant to Rule 37 |
| 8 | and Court Orders ("Motion") on December 13, 2017; |
| 9 | WHEREAS, Codexis's lead counsel now have an unavoidable conflict with another hear- |
| 10 | ing that will cause them to be unavailable on January 17, 2018, which necessitates this stipulated |
| 11 | request to change the hearing date; |
| 12 | WHEREAS, the parties have met and conferred and mutually agreed to reschedule the |
| 13 | hearing, with the Court's permission, on the Court's next available civil law and motion hearing |
| 14 | date which is one week later on January 24, 2018; |
| 15 | NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE to, and re- |
| 16 | quest a Court order allowing, continuing the Motion hearing date to January 24, 2018 at 2:00 |
| 17 | p.m. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Dated: December 28, 2017　　　　　　　　Respectfully submitted,

LATHAM & WATKINS LLP

By　*/s/ Gabriel S. Gross*
　　Gabriel S. Gross
　　Attorneys for Plaintiff CODEXIS, INC.


Dated: December 28, 2017　　　　　　　　Respectfully submitted,

LILAW INC.


By　*/s/ J. James Li*
　　Attorneys for Defendants ENZYMEWORKS,
　　INC. (U.S.), ENZYMEWORKS, INC.
　　(China), JUNHUA TAO, and ANDREW TAO


## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of his signature.

Dated: December 28, 2017

By　　　*/s/ Gabriel S. Gross*
　　　　Gabriel S. Gross


## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing for Codexis's Omnibus Motion to Compel Discovery Pursuant to Rule 37 and Court Orders (D.N. 166) is hereby reset to January 24, 2018 at 2:00 p.m.

Dated: __December 28, 2017_____　　　　_____
　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge