DOUGLAS E. LUMISH (Bar No. 183863)
doug.lumish@lw.com
GABRIEL S. GROSS (Bar No. 254672)
gabe.gross@lw.com
PATRICIA YOUNG (Bar No. 291265)
patricia.young@lw.com
RAVI ANTANI (Bar No. 312613)
ravi.antani@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Attorneys for Plaintiff CODEXIS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CODEXIS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ENZYMEWORKS, INC., a California corporation, ENZYMEWORKS, INC., a Chinese corporation a/k/a SUZHOU HANMEI BIOTECHNOLOGY CO. LTD d/b/a ENZYMEWORKS, INC. (CHINA), JUNHUA TAO, an individual, and ANDREW TAO, an individual<br><br>Defendants. | CASE NO. 3:16-cv-00826-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE FOR CODEXIS'S REPLY IN SUPPORT OF ITS OMNIBUS MOTION TO COMPEL DISCOVERY PURSUANT TO RULE 37 AND COURT ORDERS (DKT. NO. 166) AND TO VACATE THE DEADLINE FOR EXPERT REBUTTAL REPORTS** |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-1(a), 6-1(b) and 6-2, Plaintiff Codexis, Inc. ("Codexis"), |
| 2 | and Defendants EnzymeWorks, Inc. (U.S.), EnzymeWorks, Inc. (China), Junhua Tao, and Andrew |
| 3 | Tao (collectively, "Defendants"), by and through their counsel, hereby agree and stipulate: |
| 4 | WHEREAS, the Court ordered the parties to file omnibus motions to compel discovery by |
| 5 | December 13, 2017, oppositions by December 27, 2017, and replies by January 3, 2018, and set |
| 6 | the hearing date for the motions for January 17, 2018 at 2:00 p.m. (*see* Dkt. Nos. 159, 160); |
| 7 | WHEREAS, on December 13, 2017, Codexis filed its Omnibus Motion to Compel Discov- |
| 8 | ery Pursuant to Rule 37 and Court Orders ("Motion"); |
| 9 | WHEREAS, on December 27, 2017, Defendants filed their Opposition to Codexis's Om- |
| 10 | nibus Motion to Compel Discovery Pursuant to Rule 37 and Court Orders ("Opposition"); |
| 11 | WHEREAS, upon stipulation of the parties because of a scheduling conflict, the Court has |
| 12 | continued the hearing date for Codexis's Motion from January 17, 2018 to January 24, 2018 (Dkt. |
| 13 | No. 173); |
| 14 | WHEREAS, the deadline for Codexis's Reply In Support Of Its Omnibus Motion to Com- |
| 15 | pel Discovery Pursuant to Rule 37 and Court Orders ("Reply") was originally set for January 3, |
| 16 | 2018; |
| 17 | WHEREAS, on January 2, 2018, Codexis's co-lead counsel with primary responsibility for |
| 18 | the Reply had an urgent family emergency requiring immediate attention arise, and Codexis's as- |
| 19 | sociate with additional responsibility for the Reply also had an illness arise; |
| 20 | WHEREAS, the parties' counsel have met and conferred and stipulated to extending the |
| 21 | deadline for Codexis's Reply by one week; |
| 22 | WHEREAS, continuing the deadline for Codexis's Reply by one week would still allow |
| 23 | two weeks between the Reply and the hearing date, as originally scheduled; |
| 24 | WHEREAS, the deadline for Rebuttal Expert Reports is January 19, 2018, and the Expert |
| 25 | Discovery Cutoff is February 16, 2018 (*see* Dkt. No. 157 at 11); |
| 26 | WHEREAS, the parties are in the process of negotiating a settlement, and the parties' coun- |
| 27 | sel have met and conferred and stipulated to vacating the deadline for Rebuttal Expert Reports, |
| 28 | |

and to meeting and conferring as needed to agree upon a mutually suitable deadline if the case fails to settle;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE to, and request a Court order, (1) continuing the deadline for Codexis's Reply In Support of Its Omnibus Motion to Compel by one week to January 10, 2018 pursuant to Civil Local Rules 6-1(b) and 6-2, and (2) vacating the deadline for Rebuttal Expert Reports pursuant to Civil Local Rule 6-1(a) until such later date as the parties agree upon.

Dated: January 3, 2018　　　　　　　　　　Respectfully submitted,

LATHAM & WATKINS LLP

By　*/s/ Gabriel S. Gross*
　　Gabriel S. Gross
　　Attorneys for Plaintiff CODEXIS, INC.

Dated: January 3, 2018　　　　　　　　　　Respectfully submitted,

LILAW INC.

By　/s/ *J. James Li*
　　Attorneys for Defendants ENZYMEWORKS, INC. (U.S.), ENZYMEWORKS, INC. (China), JUNHUA TAO, and ANDREW TAO

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of his signature.

Dated: January 3, 2018

By　　*/s/ Gabriel S. Gross*
　　　Gabriel S. Gross

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadline for Codexis's Reply In Support Of Its Omnibus Motion to Compel Discovery Pursuant to Rule 37 and Court Orders (Dkt. No. 166) is hereby reset to January 10, 2018, and the deadline for Expert Rebuttal Reports is hereby vacated, and the parties will meet and confer to reset it to a later date as needed.

Dated: January 4, 2018

THE HONORABLE WILLIAM H. ORRICK
United States District Court Judge

US-DOCS\98053414.1