DOUGLAS E. LUMISH (Bar No. 183863)
doug.lumish@lw.com
GABRIEL S. GROSS (Bar No. 254672)
gabe.gross@lw.com
PATRICIA YOUNG (Bar No. 291265)
patricia.young@lw.com
LINFONG TZENG (Bar No. 281798)
linfong.tzeng@lw.com
JIE WANG (Bar No. 306395)
jie.wang@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Attorneys for Plaintiff CODEXIS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CODEXIS, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ENZYMEWORKS, INC., a California corporation, ENZYMEWORKS, INC., a Chinese corporation a/k/a SUZHOU HANMEI BIOTECHNOLOGY CO. LTD d/b/a ENZYMEWORKS, INC. (CHINA), JUNHUA TAO, an individual, and ANDREW TAO, an individual<br><br>　　　　Defendants. | CASE NO. 3:16-cv-00826-WHO<br><br>**STIPULATED PERMANENT INJUNCTION** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Codexis, Inc. ("Codexis"), and Defendants EnzymeWorks, Inc. (U.S.), Suzhou Hanmei Biotechnology Co. Ltd, d/b/a EnzymeWorks, Inc. (China) (collectively, "EnzymeWorks"), that EnzymeWorks consents to the entry of a permanent injunction against it as follows:

1. EnzymeWorks hereby stipulates and consents that it and any past, current, or future parent corporations, subsidiaries, affiliates, predecessors, successors, assigns, attorneys, officers, directors, agents, servants, employees, and other persons in active concert or participation with EnzymeWorks is permanently enjoined from infringing, whether directly or indirectly, literally or under the doctrine of equivalents, U.S. Patent Nos. 8,088,610; 8,415,127; 7,820,421; 8,071,347; 8,227,229; 8,293,507; 8,470,564; 8,852,900; 8,932,838; and 9,133,445 (the "Patents-in-Suit").

IT IS SO STIPULATED.

Dated: February 5, 2018                    Respectfully submitted,

                                           LATHAM & WATKINS LLP

                                        By /s/ Gabriel S. Gross

                                           Douglas E. Lumish
                                           Gabriel S. Gross
                                           Patricia Young
                                           Linfong Tzeng
                                           Jie Wang

                                           Attorneys for Plaintiff CODEXIS, INC.

Dated: February 5, 2018                    Respectfully submitted,

                                        By /s/ J. James Li

                                           J. James Li
                                           Tony Abdollahi
                                           Andy Pierz

                                           Attorneys for Defendants JUNHUA TAO, ANDREW TAO, ENZYMEWORKS, INC., and ENZYMEWORKS, INC. (CHINA) a/k/a SUZHOU HANMEI BIOTECHNOLOGY CO. LTD dba ENZYMEWORKS, INC. (CHINA)

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

Dated: February 5, 2018

                                       By   */s/ Gabriel S. Gross*
                                                     Gabriel S. Gross

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 6, 2018                      _____
                                          THE HONORABLE WILLIAM H. ORRICK
                                          United States District Court Judge