1  DOUGLAS E. LUMISH (Bar No. 183863)
   doug.lumish@lw.com
2  GABRIEL S. GROSS (Bar No. 254672)
   gabe.gross@lw.com
3  PATRICIA YOUNG (Bar No. 291265)
   patricia.young@lw.com
4  LINFONG TZENG (Bar No. 281798)
   linfong.tzeng@lw.com
5  JIE WANG (Bar No. 306395)
   jie.wang@lw.com
6  LATHAM & WATKINS LLP
   140 Scott Drive
7  Menlo Park, California 94025
   Telephone: +1.650.328.4600
8  Facsimile: +1.650.463.2600

Attorneys for Plaintiff CODEXIS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CODEXIS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ENZYMEWORKS, INC., a California corporation, ENZYMEWORKS, INC., a Chinese corporation a/k/a SUZHOU HANMEI BIOTECHNOLOGY CO. LTD d/b/a ENZYMEWORKS, INC. (CHINA), JUNHUA TAO, an individual, and ANDREW TAO, an individual<br><br>Defendants. | CASE NO. 3:16-cv-00826-WHO<br><br>**CONSENT JUDGMENT OF PATENT INFRINGEMENT** |

The parties having agreed to a settlement of the claims between them, and having stipulated to entry of this Consent Judgment, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. This Court has jurisdiction over the subject matter of the above-captioned action and personal jurisdiction over the parties, and venue is proper in this District. This Court retains jurisdiction for the purpose of executing and enforcing the terms of this Consent Judgment.

2. Judgment is hereby entered in favor of Plaintiff Codexis, Inc. ("Codexis") against Defendants EnzymeWorks, Inc. (U.S.) and Suzhou Hanmei Biotechnology Co. Ltd, d/b/a EnzymeWorks, Inc. (China) (collectively, "EnzymeWorks") (collectively, the "Corporate Defendants") on Counts I through X of the Second Amended Complaint in the above-captioned action as follows:

    a. EnzymeWorks has infringed U.S. Patent Nos. 8,088,610; 8,415,127; 7,820,421; 8,071,347; 8,227,229; 8,293,507; 8,470,564; 8,852,900; 8,932,838; and 9,133,445 (the "Patent-in-Suit").

    b. The Patents-in-Suit are not invalid.

3. This Consent Judgment is final, enforceable, and non-appealable.

4. Each party will bear its own fees, costs, and expenses.

Dated: February 5, 2018                              Respectfully submitted,

LATHAM & WATKINS LLP

By  */s/ Gabriel S. Gross*

Douglas E. Lumish
Gabriel S. Gross
Patricia Young
Linfong Tzeng
Jie Wang

Attorneys for Plaintiff CODEXIS, INC.

Dated: February 5, 2018                              Respectfully submitted,

By  */s/ J. James Li*

J. James Li
Tony Abdollahi
Andy Pierz

Attorneys for Defendants JUNHUA TAO, ANDREW TAO, ENZYMEWORKS, INC., and ENZYMEWORKS, INC. (CHINA) a/k/a SUZHOU HANMEI BIOTECHNOLOGY CO. LTD dba ENZYMEWORKS, INC. (CHINA)

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

Dated: February 5, 2018

By  */s/ Gabriel S. Gross*
Gabriel S. Gross

## **ORDER**

IT IS SO ORDERED.

Dated: February 6, 2018

THE HONORABLE WILLIAM H. ORRICK
United States District Court Judge