1  DOUGLAS E. LUMISH (Bar No. 183863)
   doug.lumish@lw.com
2  GABRIEL S. GROSS (Bar No. 254672)
   gabe.gross@lw.com
3  PATRICIA YOUNG (Bar No. 291265)
   patricia.young@lw.com
4  LINFONG TZENG (Bar No. 281798)
   linfong.tzeng@lw.com
5  JIE WANG (Bar No. 306395)
   jie.wang@lw.com
6  LATHAM & WATKINS LLP
   140 Scott Drive
7  Menlo Park, California 94025
   Telephone: +1.650.328.4600
8  Facsimile: +1.650.463.2600

9  Attorneys for Plaintiff CODEXIS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CODEXIS, INC. | CASE NO. 3:16-cv-00826-WHO |
| Plaintiff, | **STIPULATED DISMISSAL OF CLAIMS** |
| v. | |
| ENZYMEWORKS, INC., a California corporation, ENZYMEWORKS, INC., a Chinese corporation a/k/a SUZHOU HANMEI BIOTECHNOLOGY CO. LTD d/b/a ENZYMEWORKS, INC. (CHINA), JUNHUA TAO, an individual, and ANDREW TAO, an individual | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Codexis, Inc. ("Codexis") and Defendants EnzymeWorks, Inc. (U.S.), Suzhou Hanmei Biotechnology Co. Ltd, d/b/a EnzymeWorks, Inc. (China) (collectively, "EnzymeWorks"), Junhua Tao, and Andrew Tao (collectively, "Defendants"), that all claims in the above-captioned action, other than the patent

1  infringement claims Counts I-X, on which a Consent Judgment has been entered against
2  EnzymeWorks, are dismissed with prejudice as to all Defendants in the action, pursuant to Rule
3  41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys'
4  fees, costs, and expenses relating to this action.
5      IT IS FURTHER STIPULATED AND AGREED that this dismissal is without prejudice to
6  Defendants' and their counsel's right to seek reconsideration of or to appeal the sanction order
7  entered on December 4, 2017, ECF#160.
8      IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  February 21, 2018 | Respectfully submitted, |
| | LATHAM & WATKINS LLP |
| | By     */s/ Gabriel S. Gross* |
| | Douglas E. Lumish<br>Gabriel S. Gross<br>Patricia Young<br>Linfong Tzeng<br>Jie Wang |
| | Attorneys for Plaintiff CODEXIS, INC. |
| Dated:  February 21, 2018 | Respectfully submitted, |
| | By     */s/ J. James Li* |
| | J. James Li<br>Tony Abdollahi<br>Andy Pierz |
| | Attorneys for Defendants JUNHUA TAO, ANDREW TAO, ENZYMEWORKS, INC., and ENZYMEWORKS, INC. (CHINA) a/k/a SUZHOU HANMEI BIOTECHNOLOGY CO. LTD dba ENZYMEWORKS, INC. (CHINA) |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

Dated:  February 21, 2018

By     */s/ Gabriel S. Gross*
Gabriel S. Gross

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 22, 2018

_____
THE HONORABLE WILLIAM H. ORRICK
United States District Court Judge